CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 22 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMIL A. RASHAD, | ) |
| Petitioner, | ) Case No. 7:09CV00512 |
| v. | ) FINAL ORDER |
| DIRECTOR, DEP'T OF CORRECTIONS, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The clerk shall send a copy of this order and the accompanying memorandum opinion to petitioner and to counsel of record for respondent.

ENTER: This 22d day of July, 2010.

_____
Chief United States District Judge